O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELEN LOUISE FRIAS,** | ) NO. EDCV 13-0932-MAN |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: March 4, 2015

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE